IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | NO. 3:18-CR-226-K (01) |
| | § | |
| DENISE MARIE MEEKS | § | |
| | § | |
| Defendant | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge Rebecca Rutherford for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court as well as her right to object to the Report and Recommendation of the United States Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of **Six (6) Months**. No term of Supervised Release to follow.

The Defendant shall receive credit for time served in custody prior to Revocation.

PAGE 1

The Court recommends that Defendant be allowed to serve her sentence at FMC Carswell.

SO ORDERED.

Signed July 18th, 2024.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

PAGE 2